DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL VENABLE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3225

[January 10, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 10-001384CF10A.

Michael Venable, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***